UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Arlindo Lemes Simao,

         Petitioner

v.

Patrick J. Lechleitner, et al.,

         Respondents

Case No.: 2:25-cv-00041-CDS-EJY

**Order Directing Service of Petition and Response**

Arlindo Lemes Simao has filed a 28 U.S.C. § 2241 petition for writ of habeas corpus. ECF No. 1. He states that he is in the custody of Immigration and Customs Enforcement (ICE), and ICE refuses to transport him to scheduled court hearings for his criminal case in California.[1] I have conducted a preliminary review of the petition, and I direct that it be served on respondents.

It is therefore ordered that the Clerk of Court electronically **SERVE** copies of the petition (ECF No. 1) and this order upon respondents as follows:

1. By electronically through CM/ECF serving a copy of the petition and this order on the United States Attorney for the District of Nevada pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

2. By sending a copy of the petition and this order by mail to (1) the Honorable Pam Bondi, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530; (2) the Honorable Kristi Noem, Secretary of the U.S. Department of Homeland Security, Washington, DC 20528; and (3) ICE Field Office Director, 501 S. Las Vegas Blvd., Ste. 100, Las Vegas, NV 89101 pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure.

It is further ordered that respondents file and serve their response to the petition by **February 14, 2025**, unless for good cause additional time is allowed.

---

[1] Petitioner states that ICE is refusing to transport him in the absence of a federal writ of habeas corpus and that he needs to resolve the criminal charges in order to address his immigration case.

It is further ordered that all exhibits filed by respondents and petitioner must be filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or letter of the exhibit in the attachment. Each exhibit must be filed as a separate attachment. A hard copy (courtesy copy) of all pleadings and indices of exhibits only must be sent to Attn: Staff Attorney, in care of the Office of the Clerk of Court, United States District Court, 400 South Virginia St., Reno, NV 89501.

Dated: February 6, 2025

_____
Cristina D. Silva
United States District Judge