UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Arlindo Lemes Simao,

        Petitioner

v.

Patrick J. Lechleitner, et al.,

        Respondents

Case No.: 2:25-cv-00041-CDS-EJY

**Order Dismissing Petition**

    Arlindo Lemes Simao has filed a 28 U.S.C. § 2241 petition for writ of habeas corpus. ECF No. 1. He stated that he is in the custody of Immigration and Customs Enforcement (ICE), and ICE refused to transport him to scheduled court hearings for his criminal case in California. On February 20, 2025, respondents filed a response to the petition, indicating that the parties agreed that the petition was moot because Simao has since been transferred from federal to California state custody. ECF No. 4. Respondents stated that it was their understanding that counsel for petitioner would voluntarily dismiss the case. The parties have filed nothing further in this case. I therefore dismiss this habeas petition as moot.

    IT IS ORDERED that the petition is dismissed as moot.

    The Clerk of Court is directed to enter judgment accordingly and close this case.

    Dated: April 11, 2025

                                            _____
                                            Cristina D. Silva
                                            United States District Judge